**BINGO BRAIN, INC., Plaintiff–Appellant,**

v.

**CALIFORNIA CONCEPTS, INC., Applied Concepts, Inc., Bingo Concepts, Inc., Bingo 2000, and Bingo Solutions, Inc., Defendants–Appellees.**

No. 02–1340.

United States Court of Appeals, Federal Circuit.

Dec. 4, 2002.

Before CLEVENGER, GAJARSA, and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.